50 A.3d 122

COMMONWEALTH of Pennsylvania, Petitioner

v.

Robert HARRIS, Respondent.

No. 667 EAL 2010.

Supreme Court of Pennsylvania.

July 25, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2012 the Petition for Allowance of Appeal is hereby **DENIED.**

The Commonwealth's Motion to Supplement the Petition for Allowance of Appeal is hereby **DENIED AS MOOT.**